ARTHUR KOFFLER *v.* FRANK W. ALDRIDGE ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Louis M. Altman,* for the appellee (plaintiff).

Argued June 6—decided June 7, 1967

JOHN L. SENIOR, JR. *v.* S. DJANA HOPE ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Allan S. Mall,* for the appellees (defendants).

*Samuel V. Schoonmaker,* for the appellant (plaintiff).

Argued June 6—decided June 7, 1967

CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Joel C. Karp,* for the appellee (defendant).

*Sigmund Miller,* for the appellant (plaintiff).

Argued June 6—decided June 7, 1967

STATE OF CONNECTICUT *v.* RICHARD O. GOGAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.